UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR4972-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT |
| LUIS RAUL DE LA FUENTE-HERNANDEZ, | ) | |
| Defendant. | ) | |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Indictment in Criminal Case No. 11CR4972-JLS against defendant LUIS RAUL DE LA FUENTE-HERNANDEZ, is hereby dismissed without prejudice.

DATED: February 13, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge